Thomas P. Riley, SBN 194706
LAW OFFICES OF THOMAS P. RILEY, P.C.
First Library Square
1114 Fremont Avenue
South Pasadena, CA 91030-3227

Tel: 626-799-9797
Fax: 626-799-9795
TPRLAW@att.net

Attorneys for Plaintiff
Joe Hand Promotions, Inc.

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
SOUTHERN DIVISION

| | |
|---|---|
| JOE HAND PROMOTIONS, INC., <br><br> Plaintiff, <br><br> vs. <br><br> BASSEM EL-KHATIB, et al., <br><br> Defendants. | Case No. 8:10-cv-00263-WDK-E <br><br> NOTICE OF APPLICATION AND APPLICATION FOR DEFAULT JUDGMENT BY THE COURT <br><br> For: Honorable William D. Keller <br><br> Date: Monday, August 30, 2010 <br><br> Time: 8:30 A.M. <br><br> Courtroom: 1600 |

TO THE HONORABLE WILLIAM D. KELLER, THE DEFENDANTS, AND THEIR ATTORNEYS OF RECORD:

**PLEASE TAKE NOTICE THAT** on Monday, August 30, 2010, at 8:30 A.M. or as soon thereafter as this matter may be heard by the above-entitled United States District Court, located at 312 N. Spring Street, Los Angeles, CA 90012, Plaintiff will present its Application for Default Judgment against Defendants Bassem El-Khatib, Mohammed El-Khatib, and Mahmoud Quher, individually and d/b/a Fusion Cafe; and Fusion Cafe, Inc., an unknown business entity d/b/a Fusion Cafe.

The Clerk has previously entered the default on said Defendants on or about June 8, 2010 and June 10, 2010.

At the time and place of hearing, Plaintiff will present proof of the following matters:

1. Defendants are not infants or incompetent persons, or in military service or otherwise exempted under the Servicemembers Civil Relief Act of 2003; and,

2. Defendants have not appeared in this action; and,

3. Notice of this Application for Default Judgment by the Court and supplemental pleadings were served on said Defendants; and,

4. Plaintiff is entitled to judgment against the Defendants on the claims pled in the complaint. To wit:

    A. By contract, Plaintiff paid for the proprietary rights to distribute the *Ultimate Fighting Championship 96: Jackson v. Jardine* telecast nationwide on Saturday, March 7, 2009, via closed-circuit television (hereinafter referred to as the "*Program*").

    B. With full knowledge that the *Program* was not to be intercepted, received, and/or exhibited by entities unauthorized to do so, the above-named Defendants, and/or their agents, servants, workmen, and/or employees, did unlawfully intercept, receive and thereafter exhibit the *Program* at the time of the transmission at the address of the establishment doing business as, "Fusion Cafe", a food and drink establishment operated by the Defendants, and located at 512 S. Brookhurst Street, Suite 7, Anaheim, CA 92804. Please see the concurrently filed Declaration of Affiant.

    C. Said unauthorized reception, interception and/or exhibition of the *Program* by said Defendants was done willfully and for the purpose of direct or indirect commercial advantage or private financial gain.

NOTICE OF APPLICATION AND APPLICATION
FOR DEFAULT JUDGMENT BY THE COURT
CASE NO. 8:10-CV-00263-WDK-E
PAGE 2

  D. The unauthorized publication or use of communications, such as the transmission for which Plaintiff had the distribution rights, is prohibited by Title 47 U.S.C. Section 605, *et seq.*

  E. The unauthorized reception, interception and exhibition of the *Program* at the address of the Defendants' establishment as described herein, is also prohibited by Title 47 U.S.C. Section 553, *et seq.*

  F. By said acts of receiving, intercepting and exhibiting the *Program* at the above-indicated address, Defendants tortuously obtained possession of the *Program* and wrongly converted same to their own use and benefit.

 5. Plaintiff seeks Judgment in its favor and against the Defendants, in the amount of $110,925.00. A breakdown of the relief requested is detailed within the Proposed Order, concurrently filed.

 6. By and through this Application, Plaintiff also seeks recovery of its attorneys' fees and relevant costs incurred as provided for pursuant to 47 U.S.C. Section 605, *et seq.*

             Respectfully submitted,

Dated: July 21, 2010       */s/ Thomas P. Riley*
             **LAW OFFICES OF THOMAS P. RILEY, P.C.**
             By: Thomas P. Riley
             Attorneys for Plaintiff
             Joe Hand Promotions, Inc.

## PROOF OF SERVICE (SERVICE BY MAIL)

I declare that:

I am employed in the County of Los Angeles, California. I am over the age of eighteen years and not a party to the within cause; my business address is First Library Squire, 1114 Fremont Avenue, South Pasadena, California 91030-3227. I am readily familiar with this law firm's practice for collection and processing of correspondence/documents for mail in the ordinary course of business.

On July 21, 2010, I served:

**NOTICE OF APPLICATION AND APPLICATION FOR DEFAULT JUDGMENT BY THE COURT**

On all parties referenced by enclosing a true copy thereof in a sealed envelope with postage prepaid and following ordinary business practices, said envelope was duly mailed and addressed to:

Bassem El-Khatib (Defendant)
512 S. Brookhurst St., Suite 7
Anaheim, CA 92804

Mohammed El-Khatib (Defendant)
512 S. Brookhurst St., Suite 7
Anaheim, CA 92804

Mahmoud Quher (Defendant)
512 S. Brookhurst St., Suite 7
Anaheim, CA 92804

Fusion Cafe, Inc. (Defendant)
512 S. Brookhurst St., Suite 7
Anaheim, CA 92804

I declare under the penalty of perjury pursuant to the laws of the United States that the foregoing is true and correct and that this declaration was executed on July 21, 2010, at South Pasadena, California.

Dated: July 21, 2010              */s/ Maria Baird*
                                  **MARIA BAIRD**