**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| Joe Hand Promotions, Inc.,<br><br>Plaintiff,<br><br>vs.<br><br>Bassem El-Khatib, et al.,<br><br>Defendants. | CASE NO. SACV 10-263 WDK Ex<br><br>ORDER GRANTING STIPULATION OF DISMISSAL OF PLAINTIFF'S COMPLAINT AGAINST DEFENDANTS BASSEM EL-KHATIB, MOHAMMED EL-KHATIB and MAHMOUD QUHER, individually and d/b/a FUSION CAFÉ; and FUSION CAFÉ, INC., an unknown business entity d/b/a FUSION CAFE |

**IT IS HEREBY STIPULATED** by and between Plaintiff JOE HAND PROMOTIONS, INC. and Defendants BASSEM EL-KHATIB, MOHAMMED EL-KHATIB and MAHMOUD QUHER, individually and d/b/a FUSION CAFE; and FUSION CAFE, INC., an unknown business entity d/b/a FUSION CAFE, that the above-entitled action is hereby dismissed **with prejudice** against BASSEM EL-KHATIB, MOHAMMED EL-KHATIB and MAHMOUD QUHER, individually and d/b/a FUSION CAFE; and FUSION CAFE, INC., an unknown business entity d/b/a FUSION CAFÉ.

///

///

1

JS-6

By and through this Stipulation, the Parties, and each of them, hereby advise this Honorable Court that performance specified by the terms of the confidential settlement agreement reached between the Parties has been satisfied in full, and as a result thereof, a Stipulated Judgment is not necessary nor requested in the instant action.

This dismissal is made pursuant to Federal Rules of Civil Procedure 41(a)(1). Each Party referenced-above and below shall bear its own attorneys' fees and costs.

**IT IS SO ORDERED**:

_____   **Dated: November 3, 2010**
**The Honorable William D. Keller**
**United States District Court**
**Central District of California**

2